**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| FLETCHER'S ORIGINAL STATE FAIR CORNY DOGS, LLC, | § § § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:19-cv-00681-SDJ |
| | § | |
| FLETCHER-WARNER HOLDINGS LLC, VICTORIA JACE FLETCHER CHRISTENSEN, VICTORIA WARNER FLETCHER, and FLETCH TECHNOLOGY, LLC, | § § § § § § | |
| *Defendants.* | § | |

# PLAINTIFF'S UNOPPOSED MOTION
# FOR LEAVE TO FILE UNDER SEAL

Plaintiff Fletcher's Original State Fair Corny Dogs, LLC ("Fletcher's") respectfully submits this Unopposed Motion for Leave to File Under Seal, and in support hereby shows the following:

1.      Separately and immediately following the filing of the present motion for leave, Plaintiff Fletcher's is filing "Plaintiff's Motion to Hold Defendants in Contempt for Violating Permanent Injunction" (the "Contempt Motion").

2.      Portions of the Contempt Motion and exhibits thereto refer to, or quote from, materials and information that Plaintiff and Defendants have agreed should be kept confidential.

3.      Plaintiff therefore asks for leave to file the Contempt Motion under seal pursuant to Local Rule CV-5(a)(7)(C).

4.      A non-confidential version of the Contempt Motion (with exhibits) will be filed within two days pursuant to Local Rule CV-5(a)(7)(E).

5.      Defendants have stated they do not oppose the present motion for leave to file the Contempt Motion under seal.

Plaintiff Fletcher's therefore asks that the Court grant the present motion and permit the Contempt Motion to be filed under seal. A proposed order granting the requested relief accompanies the present motion.

Dated: April 14, 2022.                          Respectfully submitted,

                                                /s/ *Steven E. Ross*
                                                Steven E. Ross
                                                Lead Attorney
                                                Texas Bar No. 17305500
                                                **ROSS IP GROUP PLLC**
                                                5050 Quorum Drive, Suite 700
                                                Dallas, Texas 75254
                                                Phone: 972-661-9400
                                                Facsimile: 972-661-9401
                                                Email: sross@rossipg.com

                                                Christopher M. McDowell
                                                Texas Bar No. 24002571
                                                **McDOWELL LAW PLLC**
                                                1000 Texan Trail, Suite 225
                                                Grapevine, Texas 76051
                                                Phone: 817-678-8170
                                                Facsimile: 469-373-2245
                                                Email: cmcdowell@mcdowelllawfirm.net

                                                **ATTORNEYS FOR PLAINTIFF**
                                                **FLETCHER'S ORIGINAL STATE FAIR**
                                                **CORNY DOGS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document (with attachments and exhibits) is being served on the following counsel of record for Defendants via the Court's Electronic Case Filing ("ECF") system on this 14th day of April, 2022:

> Brandon F. Renken
> Lead Attorney
> Texas Bar No. 24056197
> brenken@lockelord.com
>
> Janet E. Militello
> Texas Bar No. 14051200
> jmilitello@lockelord.com
>
> **LOCKE LORD LLP**
> 600 Travis Street, Suite 2800
> Houston, Texas 77002
> 713-226-1131
> 713-229-2652 (fax)

The undersigned has learned that Mr. Renken recently moved his practice to the Mayer Brown firm in Houston, Texas, so a copy of the foregoing document (with attachments and exhibits) is also being emailed to Mr. Renken at his new firm at brenken@mayerbrown.com on April 14, 2022.

> /s/ *Steven E. Ross*
> Steven E. Ross

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned counsel conferred with Defendant's lead counsel, Mr. Brandon Renken, via teleconference on April 14, 2022, regarding the present motion and the relief requested herein. Mr. Renken stated that he still represents the Defendants and that they would not oppose the present motion for leave.

> /s/ *Steven E. Ross*
> Steven E. Ross