IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FLETCHER'S ORIGINAL STATE FAIR CORNY DOGS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § | Civil Action No. 4:19-cv-00681-SDJ |
| | § | |
| FLETCHER-WARNER HOLDINGS LLC, VICTORIA JACE FLETCHER CHRISTENSEN, VICTORIA WARNER FLETCHER, and FLETCH TECHNOLOGY, LLC, | § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Under Seal, and after considering the motion, the Court finds that it is based on good cause and should be **GRANTED**.

It is, therefore, **ORDERED** that Plaintiff is hereby granted leave to file "Plaintiff's Motion to Hold Defendants in Contempt for Violating Permanent Injunction" under seal.