UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FLETCHER'S ORIGINAL STATE FAIR CORNY DOGS, LLC | § § § | |
| v. | § § | CIVIL NO. 4:19-CV-681-SDJ |
| FLETCHER-WARNER HOLDINGS LLC, ET AL. | § § § § | |
| v. | § § § | |
| GLENDA GALE FLETCHER | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Under Seal. (Dkt. #142). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff is granted leave to file its Motion to Hold Defendants in Contempt for Violating Permanent Injunction under seal. Consistent with Local Rule CV-5(a)(7)(E), Plaintiff shall file a nonconfidential version of its contempt motion (with exhibits) on or before April 20, 2022.

**So ORDERED and SIGNED this 18th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE