# Exhibit B

## VIOLATIONS OF THE INJUNCTION

The following exhibits are found in documents previously submitted to the Court.



www.corndogwithnoname.com/aboutus

**Problem**: Prominent and repeated use of "Fletcher" on website in connection with verbiage "we come from a long line of fried food connoisseurs, and while some of the items on our menu were inspired by old family recipes,…"

> The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.) and in the HTML code on their website (API ¶11.b.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



www.corndogwithnoname.com/aboutus

**Problem**: Prominent and repeated use of "Fletcher" on website

> The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.) and in the HTML code on their website (API ¶11.b.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



Menu on website, print and signage
www.Corndogwithnoname.com/food-drink

**Problem**: Prominent use of "Fletcher" on menu

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.) and in the HTML code on their website (API ¶11.b.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).

View-source:https://www.corndogwithnoname.com/

**<u>Problem</u>**: Use of "Fletcher" in HTML code on website.

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.) and in the HTML code on their website (API ¶11.b.).



Restaurant Storefront

**Problem**: Prominent use of "Fletcher" on storefront window.

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).

5



www.instagram.com/corndogwithnoname/

**Problem**: Prominent and repeated use of "Fletcher" on Instagram page

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



www.linkedin.com/company/corndogwithnoname/about/

**Problem**: Prominent and repeated use of "Fletcher" on LinkedIn

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



https://www.facebook.com/CornDogwithNoName

**Problem**: Use of "Fry deeply, Vic & Jace Fletcher" as a trademark on website, social media posts, signage and vans

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



[https://www.facebook.com/CornDogwithNoName](https://www.facebook.com/CornDogwithNoName)

**Problem**:  Use of "Fry deeply, Vic & Jace Fletcher" as a trademark on catering vans

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



www.instagram.com/stories/highlights/17876031359464567/

**Problem**: Use of "Vic & Jace Fletcher" on signage

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



https://direct.sos.state.tx.us/corp_inquiry-
entity.asp?:Sfiling_number=802893104&:Nsession_id=63433181&:Ndocument_number=114000..

**Problem**: Use of "Fletcher-Warner Holdings LLC" as a business name

The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



**Problem**: Use of "Fletch Technology, LLC" as a business name

The API prohibits use of "Fletch" in interstate commerce related to the food and beverage industry (API ¶11.a.). Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).



https://www.facebook.com/CornDogwithNoName

**Problem**: Use of "Fletcher" in connection with CornDog with No Name and use of hashtags #statefair, #statefairoftexas, #statefairoftx, #fairpark, #familybusiness, and #legacy in connection with "Fletcher" on any social media platform

> The API prohibits use of "Fletcher" in interstate commerce related to the food and beverage industry (API ¶11.a.).  Further, the API prohibits advertising that is likely to cause confusion as to whether Fletcher's is the source of any of the FWH Parties products or services (API ¶11.d.) or whether any of the FWH products or services are connected with Fletcher's (API ¶11.e.).

13